## Jefferson v. The State.

Turner, J.  1. After considering such of the exceptions of the plaintiff in error as were not abandoned on the argument here, we find no error in the charge of the court or in any omission to charge.

2. The evidence fully warranted the verdict.

*Judgment affirmed.  All the Justices concur.*

Submitted October 20,—Decided October 24, 1903.

Indictment for larceny from house. Before Judge Felton. Bibb superior court. August 10, 1903.

*John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.